**NONPRECEDENTIAL DISPOSITION**
To be cited only in accordance with
Fed. R. App. P. 32.1

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

Submitted August 30, 2007
Decided October 15, 2007

*Before*

Hon. RICHARD A. POSNER, *Circuit Judge*

Hon. KENNETH F. RIPPLE, *Circuit Judge*

Hon. DIANE P. WOOD, *Circuit Judge*

No. 05-1130

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INCORPORATED, ANNE GAYLOR, ANNIE L. GAYLOR, et al., | Appeal from the United States District Court for the Western District of Wisconsin. |
| *Plaintiffs-Appellants*, | No. 04 C 381 |
| *v.* | John C. Shabaz, *Judge*. |
| ELAINE L. CHAO, TOMMY G. THOMPSON, and ALBERTO GONZALES, | |
| *Defendants-Appellees*. | |

**O R D E R**

Pursuant to the judgment of the Supreme Court, reversing our decision in *Freedom From Religion Foundation v. Chao*, 433 F.3d 989 (7th Cir. 2006), reversed under the name *Hein v. Freedom From Religion Foundation*, 127 S.Ct. 2553 (2007), the judgment of the district court is **AFFIRMED**.